IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST WOODALL, | ) | 2:13cv291 |
| | ) | Electronic Filing |
| Petitioner, | ) | |
| | ) | Judge Cercone |
| v. | ) | Chief Magistrate Judge Lenihan |
| | ) | |
| PA BOARD OF PROBATION AND | ) | |
| PAROLE and JEROME WALSH, | ) | |
| | ) | |
| Respondents. | | |

## MEMORANDUM ORDER

This case is before the Court on the Report and Recommendation filed by Chief Magistrate Judge Lenihan (ECF No. 2) on March 8, 2013. Judge Lenihan recommended that the petition for writ of habeas corpus (ECF No. 1) be transferred to the Middle District of Pennsylvania. Petitioner was served with the Report and Recommendation and informed that he had until March 25, 2013, to file written objections. Petitioner filed objections to the Report and Recommendation on March 25, 2013. (ECF No. 3.) Petitioner's objections, however, do not undermine the recommendation of the Magistrate Judge. As such, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and objections thereto, the following order is entered.

AND NOW, this 27th day of March, 2013,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated March 8, 2013 (ECF No. 2) is **ADOPTED** as the opinion of this Court.

1

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus (ECF No. 1) is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

**AND IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED** and **TRANSFER** forthwith.

                                                   David Stewart Cercone
                                                   United States District Judge

cc: Ernest Woodall
     AP9353
     SCI Dallas
     1000 Follies Road
     Dallas, PA 18612

     *(Via First Class Mail)*