# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST WOODALL,<br>    Petitioner,<br><br>v.<br><br>PA BOARD OF PROBATION AND<br>PAROLE, *et al.*,<br>    Respondents. | Civil Action No. 3:13-cv-816<br><br>(Judge Mariani) |

## ORDER

**AND NOW**, this _10th_ day of December, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. All pending motions are **DISMISSED** as moot. (Docs. 22, 23).

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge